IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CR. NO. 4:20-mj-01660-1 |
| | § |
| ANGEL BRUNO ROLDAN | § |
| CERVANTES | § |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE DENA HANOVICE PALERMO, UNITED STATES MAGISTRATE JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, ANGEL BRUNO ROLDAN CERVANTES, defendant in the above-entitled and numbered cause, and respectfully makes known to the Court that he desires to substitute Octavio M. Rivera Bujosa, of 417 San Jacinto Street, Houston, Texas 77002, as his counsel in place of Teresa Cigarroa Keck, of 440 Louisiana Ste 310, Houston, Texas 77002, in the above cause.

**I.**

Teresa Cigarroa Keck, attorney at law at the Federal Public Defender, was court appointed to represent the Defendant in this cause.

1

## II.

The Defendant retained Octavio M. Rivera Bujosa, to represent him in this cause, and to have Octavio M. Rivera Bujosa, substitute as attorney of record for attorney Teresa Cigarroa Keck.

## III.

The undersigned attorney informed attorney Teresa Cigarroa Keck of Defendant's decision to retain the professional services of the undersigned attorney.

## IV.

This motion is not for the purpose of delay but in order that the record reflect Defendant's duly retained counsel of record and no injustice, prejudice, or obstruction of court procedure will be caused by the substitution.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this Honorable Court will grant this motion and order that Octavio M. Rivera Bujosa substitute for Teresa Cigarroa Keck, as defendant's attorney of record in the above-entitled and numbered cause.

Respectfully submitted,

*/s/ Octavio M. Rivera Bujosa*
OCTAVIO M. RIVERA BUJOSA
Federal ID No. 1251390
TBA No. 24081261
octavio@ryblaw.com
417 San Jacinto Street
Houston, Texas 77002
Telephone: (832) 702-0295
Facsimile: (936) 873-7611

Attorney for Defendant,
Angel Bruno Roldan Cervantes

APPROVED BY:

\**/s/*
TERESA CIGARROA KECK
440 Louisiana Ste 310
Houston, Texas,77002
Telephone: (713-718-4600
Fax: 713) 718-4610
Email: Teresa_Keck@fd.org

## CERTIFICATE OF CONFERENCE

On September 14, 2020, counsel for Defendant conferred with Attorney, Teresa Cigarroa Keck, concerning her position on Defendant's Unopposed Motion To Substitute Counsel and she stated that:

> She was "unable to approve any filing without my client's explicit authorization. He has not spoken about your subbing in for me. Therefore, I cannot approve."

On September 14, 2020, counsel for Defendant conferred with AUSA Ed Gallagher concerning his position on this motion. Mr. Gallagher is unopposed to this motion.

*/s/ Octavio M. Rivera Bujosa*
OCTAVIO M. RIVERA BUJOSA

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

*/s/ Octavio M. Rivera Bujosa*
OCTAVIO M. RIVERA BUJOSA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. 4:20-mj-01660-1 |
| ANGEL BRUNO ROLDAN CERVANTES | § § § | |

# **ORDER**

Defendant's Unopposed Motion to Substitute Counsel is GRANTED.

Octavio M. Rivera Bujosa is substituted for Teresa Cigarroa Keck.


SIGNED this _____ day of _____, 2020.


                                                          DENA HANOVICE PALERMO
                                      UNITED STATES MAGISTRATE JUDGE